# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LARRY WILLIAMS,**                                        **PLAINTIFF,**

**VS.**                        **CIVIL ACTION NO. 4:06CV60-P-B**

**MERCK & CO., INC., ET AL.,**                                **DEFENDANT.**

## ORDER

This matter comes before the court upon Motion of Defendant Merck & Co. to Stay All Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation [7-1]. Upon due consideration of the motion, the court finds that same should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Motion of Defendant Merck & Co. to Stay All Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation [7-1] is **DENIED**.

**SO ORDERED** this the 9th day of May, A.D., 2006.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE