IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LARRY WILLIAMS,**

    **Plaintiff,**

**vs.**                                                           Case No.: 4:06cv60-WAP-EMB

**MERCK & CO., INC., ET AL.,**

    **Defendants.**

## ORDER

This cause comes before the Court pursuant to Rule 16.1(B)(2)(b) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that

> [a] motion to remand . . . shall stay the attorney conference and
> disclosure requirements and all discovery not relevant to the remand...
> and shall stay the parties' obligation to make disclosures pending the
> court's ruling on the motions.

In the instant case, a motion to remand was filed by plaintiff on April 26, 2006; therefore all proceedings unrelated to the issue of remand, including the case management conference, shall be stayed pending the Court's ruling on the motion to remand. Therefore, it is

    **ORDERED:**

That all proceedings outside the briefing of the motion to remand are **STAYED**. Furthermore, the parties shall notify the undersigned within ten (10) days of the Court's ruling in the event the motion to remand is denied.

    **THIS**, the 12th day of May, 2006.

                                                              /s/ Eugene M. Bogen
                                                               U. S. MAGISTRATE JUDGE